| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DOUGLAS COLLINS, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-461
§
BRENDON DUNLAP, *et al.*, §
§
       Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Douglas Collins, an inmate formerly confined at the Stiles Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendants' motion to dismiss be granted. Additionally, the Magistrate Judge recommended the exercise of supplemental jurisdiction should be declined.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that the defendants' motion to dismiss is **GRANTED**. To the extent the plaintiff's complaint may be interpreted as asserting state law claims, supplemental jurisdiction

is declined in this action pursuant to 28 U.S.C. § 1367(c).  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 13th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE